UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 16-21108-CIV-LENARD/GOODMAN

ARMIDIA Y. GUTIERREZ,

    Plaintiff,
v.

CORAL VILLA ADULT CARE INC
and SOLANGE CASTRO, individually

    Defendants.
_____/

## STATEMENT OF CLAIM

Plaintiff ARMIDIA Y. GUTIERREZ, by and through its undersigned counsel, hereby submits pursuant to the Honorable Judge Joan A. Lenard's Order, dated March 31, 2016 [D.E. 6], Plaintiff's Statement of Claim.  As grounds, the Plaintiff states:

1. Plaintiff endeavored at this stage of litigation to formulate its Statement of Claim on the basis of the best data available.  Defendant and/or persons who are non-parties or who are no longer employees of Defendant may have relevant information or documents, but Plaintiff is not purporting to provide in this Statement of Claim, confirmed information, if any, presently possessed by such persons.

2. On March 29, 2016, Plaintiff ARMIDIA Y. GUTIERREZ, through its undersigned counsel filed her Fair Labor Standards Act cause of action against her former employer, CORAL VILLA ADULT CARE INC, and SOLANGE CASTRO.

3. **Total Amount of Alleged Unpaid Wages**: Discovery in this cause of action is ongoing.  As such, subject to such additional or different information that discovery

or further investigation may disclose, Plaintiff at this time alleges that a pre-discovery estimate that is due and owing to Plaintiff is as follows:

**A. <u>Overtime:</u>** $21,790.41

    a. <u>Total amount of allegazed unpaid O/T wages</u>:

Twenty One Thousand Seven Hundred Ninety Dollars and 41/100 ($21,790.41)

    b. <u>Calculation of such wages</u>:
Total relevant weeks: 67 weeks
Total hours worked: 95.5
Overtime hours: 55.5
Regula rate: $80 daily or $480.00 weekly
$480.00 paid weekly: 95.5 hours=$5.02 an hour
O/T rate: $7.25x1.5=$10.88  -   $10.88-$5.02 paid= $5.86
O/T rate: $5.86 an hour

$5.86 x 55.5 O/T hours=$325.23 weekly x 67 weeks=$21,790.41

    c. <u>Nature of wages (e.g. overtime or straight time)</u>:

    This amount represents unpaid overtime wages.

**B. <u>FLSA Minimum Wage</u>:** $14,268.32

    a. <u>Total amount of alleged unpaid wages</u>:

Fourteen Thousand Two Hundred Sixty Eight Dollars and 32/100

($14,268.32)

<u>Calculation of such wages</u>:

Total relevant weeks: 67 weeks
Total hours worked per week: 95.5
Regular rate: $5.02 an hour ($480.00:95.5 Hrs.=$5.02 an hour)
Minimum wage 2014, 2015: $7.25
$7.25-$5.02=$2.23 minimum wage difference

$2.23 Min. wage difference x 95.5 hours=$212.96 weekly
$212.96 x 67 weeks=$14,268.32

    b. <u>Nature of wages:</u>

This amount represents unpaid minimum wages.

**C. Lost Wages: $9,832.24**

a. Total amount of alleged unpaid wages:

Nine Thousand Eight Hundred Thirty Two Dollars and 24/100 ($9,832.24)

b. Calculation of such wages:
Total relevant weeks: From June 12, 2015 August 31, 2015: 11 weeks unemployed
Lost weekly:        $893.84
$7.25 per hour x 40 hrs =        $290.00
$10.88 OT rate x 55.5 OT hrs =   $603.80
                                 $893.84

$893.84 x 11 weeks=$9,832.24 lost

c. Nature of wages:

This amount represents lost wages.

**D. Attorney's Fees and Costs:  To be determined.**

4. Plaintiff ARMIDIA Y. GUTIERREZ is owed the amount of Twenty One Thousand Seven Hundred Ninety Dollars and 41/100 ($21,790.41) in unpaid overtime wages; plus Fourteen Thousand Two Hundred Sixty Eight Dollars and 32/100 ($14,268.32) in FLSA minimum wages; plus Nine Thousand Eight Hundred Thirty Two Dollars and 24/100 ($9,832.24) and a reasonable amount in Attorney's Fees and Costs.

5. Therefore, Plaintiff ARMIDIA Y. GUTIERREZ is owed a total amount of $91,781.94 ($45,890.97 unliquidated + $45,890.97 liquidated); plus a reasonable amount in Attorney's Fees and Costs

WHEREFORE, based on the foregoing, the Plaintiff ARMIDIA Y. GUTIERREZ, files her Statement of Claim.

Dated: April 15, 2016

Respectfully submitted,

**ZANDRO E. PALMA, P.A.**
**Attorney for Plaintiff**
9100 S. Dadeland Blvd.
Suite 1500
Miami, FL 33156
Telephone:  (305) 446-1500
Facsimile:   (305) 446-1502
zep@thepalmalawgroup.com
BY:   **s/Zandro E. Palma**
Zandro E. Palma Esq.
Florida Bar No.: 0024031

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 15, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

BY:   **s/Zandro E. Palma**
Zandro E. Palma Esq.
Florida Bar No.: 0024031
**ZANDRO E. PALMA, P.A.**
9100 S. Dadeland Blvd.
Suite 1500
Miami, FL 33156
Telephone:  (305) 446-1500
Facsimile:   (305) 446-1502
zep@thepalmalawgroup.com
*Attorney for Plaintiff*